**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6675**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWARD R. FOX, JR., a/k/a Skip Fox,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Henry C. Morgan, Jr., District Judge. (CR-94-44, CA-96-111-4)

---

Submitted: September 11, 1997     Decided: September 22, 1997

---

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Edward R. Fox, Jr., Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Fox, Nos. CR-94-44; CA-96-111-4 (E.D. Va. Apr. 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED